THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISTRIBUIDORA INDUSTRIAL DE CALZADO S.A. d/b/a BROOKS RUNNING COSTA RICA<br><br>Plaintiff,<br><br>v.<br><br>BROOKS SPORTS INC., JUSTIN DEMPSEY-CHIAM, and REGENCY GROUP d/b/a HARARI, INC. and/or SPORTLINE AMERICA, S.A.,<br><br>Defendants. | CASE NO. C18-0501-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for withdrawal and substitution of counsel (Dkt. No. 25). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion. Philip J. Nelson, Keith A. Pitt, and the law firm of Slinde Nelson Stanford are hereby granted leave to withdraw as local counsel for Plaintiff, and Jack Lovejoy and the law firm of Corr Cronin LLP are hereby substituted as local counsel of record for Plaintiff.

\\

MINUTE ORDER
C18-0501-JCC
PAGE - 1

1     DATED this 9th day of November 2018.

                                              <u>William M. McCool</u>
                                              Clerk of Court

                                              <u>s/Tomas Hernandez</u>
                                              Deputy Clerk

MINUTE ORDER
C18-0501-JCC
PAGE - 2