THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISTRIBUIDORA INDUSTRIAL DE CALZADO S.A., d/b/a BROOKS RUNNING COSTA RICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS SPORTS, INC., JUSTIN DEMPSEY-CHIAM, and REGENCY GROUP d/b/a HARARI, INC. and/or SPORTLINE AMERICA, S.A.,<br><br>Defendants. | CASE NO. C18-0501-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion for leave to amend complaint (Dkt. No. 31). The district court is afforded discretion to grant leave to amend and "[t]he court should freely give leave when justice so requires." Fed. R. Civ. P. 15(a)(2). The generosity in granting leave to amend is "to be applied with extreme liberality." *Eminence Capital, LLC v. Aspeon, Inc.*, 316 F.3d 1048, 1051–52 (9th Cir. 2003). Therefore, the Court GRANTS the parties' stipulated motion. Plaintiff shall file its amended complaint within 30 days of this order.

MINUTE ORDER
C18-0501-JCC
PAGE - 1

1 DATED this 8th day of February 2019.

<u>William M. McCool</u>
Clerk of Court

<u>s/Tomas Hernandez</u>
Deputy Clerk