UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DISTRIBUIDORA INDUSTRIAL DE CALZADO S.A. d/b/a BROOKS RUNNING COSTA RICA,<br><br>Plaintiff,<br><br>v.<br><br>BROOKS SPORTS, INC., *et al.*,<br><br>Defendants. | CASE NO. C18-0501-JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' joint stipulation of voluntary dismissal with prejudice (Dkt. No. 42). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), this stipulated notice is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Court shall retain jurisdiction over this case for the limited purpose of enforcing the terms of the parties' settlement agreement. (*See* Dkt. No. 42.) The Clerk is directed to CLOSE this case.

//
//
//

1     DATED this 18th day of June 2019.

                                              William M. McCool
                                              Clerk of Court

                                              s/Tomas Hernandez
                                              Deputy Clerk

MINUTE ORDER
C18-0501-JCC
PAGE - 2